Expanded Surveillance of IP Address 24.56.75.196

**ISP:** Road Runner
**Location:** Hartland, WI

| Hit Date UTC | Filename |
|---|---|
| 02/14/2013 | Microsoft ToolkitZ[A4].zip |
| 02/14/2013 | Nitro Pro Enterprise 8.5.0.26 Final 64 Bit |
| 02/05/2013 | StartIsBack_setup.exe |
| 01/11/2013 | Joymii 2012 Young Passion XXX 720p WEB-DL H264 MPEG-SML.mov |
| 01/09/2013 | X-Art.com_13.01.05.Ivy.Spur.Of.The.Moment.XXX.IMAGESET-FuGLi[rbg] |
| 01/09/2013 | x-art_ivy_spur_of_the_moment_720.wmv |
| 12/21/2012 | The Words[2012]BRRip XviD-ETRG |
| 12/07/2012 | Nitro PDF Professional Enterprise 8 (64-bit) v8.0.9.8 with Key [TorDigger] |
| 12/03/2012 | x-art_angelica_inside_perfection_540.mov |
| 12/03/2012 | Eufrat.Waking.Up.In.a.Dream.X.Art.2011.HD_iyutero.com.mov |
| 11/29/2012 | x-art_angelica_introducing_angelica_720.mov |
| 11/26/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 11/26/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 11/17/2012 | X-Art - Finding Elysium - Susie, Kaylee [720p].mov |
| 11/16/2012 | X-Art - Formidable Beauty - Beatrice [720p].mp4 |
| 11/14/2012 | Ivy.Lovers.Quarrel.XArt.2012.HD_iyutero.com.wmv |
| 11/14/2012 | X-Art - Lovers Quarrel - Ivy [720p].wmv |
| 11/06/2012 | X-Art - Still With Me - Kaylee [720p].wmv |
| 10/29/2012 | X-Art.com_12.10.27.Caprice.Casual.Sex.XXX.IMAGESET-FuGLi[rbg] |
| 10/22/2012 | Baby.and.Logan.A.Day.To.Remember.X.Art.2012.HD_iyutero.com.wmv |
| 10/17/2012 | JoyMii.12.10.14.Ivy.First.Sex.XXX.720p.MOV-SEXORS[rbg] |
| 10/17/2012 | Baby.Young.Passion.X.Art.2012_iyutero.com.mp4 |
| 10/12/2012 | x-art_starting_over_jessie_1080.mp4 |
| 10/11/2012 | To.Rome.With.Love.2012.DVDRip.XviD-PTpOWeR |
| 10/11/2012 | X-Art - Coucher Avec an Autre Fille - Jessie, Anais [720p].mp4 |
| 10/11/2012 | Het.s?.in.i.Norden.XXX.DVDRip.avi |
| 10/11/2012 | October.Baby.2012.DVDRip.XviD.AC3-PROJECT.X |
| 10/11/2012 | X-Art - Farewell - Jessie [720p].mp4 |
| 09/14/2012 | Nitro PDF Professional (64-bit) v7.5.0.29 Including Crack [h33t][iahq76] |
| 09/06/2012 | Atlas.Shrugged.Part.1.LIMITED.2011.BRRip.XviD-LORE.NovasetRG |
| 08/30/2012 | The Avengers 2012 720p BDRip [A Release-Lounge H264] |
| 08/30/2012 | Life.Happens.2011.LIMITED.BDRip.XviD-PSYCHD |
| 08/30/2012 | MS Office Professional Plus 2013 Customer Preview (Beta) English-US 64-bit (x64) [Xprt].exe |
| 08/30/2012 | What.To.Expect.When.Youre.Expecting.2012.DVDRip.XviD-ALLiANCE |
| 08/13/2012 | Freelancers.2012.DVDRiP.XviD-ILLUMINATI |

EXHIBIT C

EWI5

| Hit Date UTC | Filename |
|---|---|
| 08/13/2012 | The.Babymakers.2012.DVDRip.AC3.XviD-HS |
| 08/13/2012 | The Five-Year Engagement.2012.Unrated.DVDRip.XviD.AbSurdiTy |
| 08/07/2012 | Battleship (2012) DVDRip XviD-MAXSPEED |
| 08/07/2012 | The Hunger Games (2012) DVDRip XviD-MAXSPEED |
| 07/17/2012 | x-art_maya_backstage_540.wmv |

EXHIBIT C

EWI5