IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | No. _____ |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| address 24.56.75.196, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publicly held corporation that owns more than 10% of its stock.

Dated: February 27, 2013

Respectfully submitted,
SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

1