IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:13-cv-00226-NJ |
| JOHN DOE, subscriber assigned IP address 24.56.75.196, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe, subscriber assigned IP address 24.56.75.196 ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 24.56.75.196. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 10, 2013

Respectfully submitted,

By: /s/ *Mary K. Schulz*
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134

1

Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Mary K. Schulz*
Mary K. Schulz